ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
  :
UNITED STATES OF AMERICA :
  :  **SUPERSEDING**
  - v. -  :  **INFORMATION**
  :
STUART MANASHIL,  :  S8 16 Cr. 436 (KMW)
  :
       Defendant.  :
  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 30 2018

COUNT ONE

(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1. From at least in or about 2011, up to and including in or about 2014, in the Southern District of New York and elsewhere, STUART MANASHIL, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit wire fraud in violation of Title 18, United States Code, Section 1343.

2. It was a part and an object of the conspiracy that STUART MANASHIL, the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire radio, and television

communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, MANASHIL, and others known and unknown, used interstate phone calls and emails, among other means and methods, to divert funds due and owing to an entertainment agency (the "Entertainment Agency") through fraudulent misrepresentations and the use of false documents purporting to originate from the Entertainment Agency.

(Title 18, United States Code, Sections 1349.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, STUART MANASHIL, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, which constitutes and is derived from proceeds traceable to the offense alleged in Count One, including but not limited to a sum

of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSETS

4. If any of the above-described forfeitable property, as a result of any act or omission of STUART MANASHIL, the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982;
  Title 21, United States Code, Section 853; and
   Title 28, United States Code, Section 2461.)

          *Geoffrey Berman*
         GEOFFREY S. BERMAN TH
         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**STUART MANASHIL,**

                    **Defendant.**

**SUPERSEDING**
**INFORMATION**

S8 16 Cr. 436 (KMW)

(18 U.S.C. § 1349.)

                    GEOFFREY S. BERMAN
                    United States Attorney.