UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

    - v. - : <u>WAIVER OF INDICTMENT</u>

STUART MANASHIL, : S8 16 Cr. 436 (KMW)

    Defendant. :

- - - - - - - - - - - - - - - - - x

    STUART MANASHIL, the defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         March 30, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 0 2018