**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States** v. **Stuart Manashil**, S8 16 Cr. 436 (KMW)

Dear Judge Wood:

    On March 30, 2018, the above-referenced defendant, Stuart Manashil, entered a guilty plea, before Magistrate Judge Moses, to Count One of the S8 Superseding Information. The Government respectfully requests that Your Honor accept the defendant's March 30, 2018 guilty plea. Enclosed please find for your consideration (1) a proposed Order accepting the defendant's guilty plea; (2) the transcript of the plea proceeding; and (3) a copy of the S8 Superseding Information to which Mr. Manashil pleaded guilty.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney
        Southern District of New York

By:    /s_____
        Noah Solowiejczyk
        Katherine Reilly
        Ryan Finkel
        Assistant United States Attorneys
        (212) 637-2473/6521/6612

Enclosures

cc:    Richard Rosenberg, Esq. (by e-mail)