**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Williams, et al.**, 16 Cr. 436 (KMW)

Dear Judge Wood:

      James David Williams and Stuart Manashil, two of the defendants in the above-captioned action, are scheduled to be sentenced before Your Honor on July 24, 2018 and July 16, 2018, respectively. The Government has conferred with counsel for Williams and Manashil, and the parties respectfully request that the sentencings be adjourned. The parties further respectfully request that the sentencing of Williams be rescheduled to a date in the week of October 29, 2018 and that the sentencing of Manashil be rescheduled to a date the week of November 12, 2018 or November 19, 2018.

                                                  Respectfully submitted,

                                                  GEOFFREY S. BERMAN
                                                  United States Attorney
                                                 Southern District of New York

                        By:     /s/ Katherine Reilly
                               Katherine Reilly
                               Noah Solowiejczyk
                               Assistant United States Attorneys
                               (212) 637-6521/2473

cc:     Anthony Cecutti, Esq. and Richard Rosenberg, Esq. (by ECF and by e-mail)