UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

STUART MANASCHIL,

                      Defendant.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/18
```

**ORDER**
16 CR 436 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant, currently scheduled for December 11, 2018, is adjourned to December 12, 2018, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
        August 24, 2018

                                       */s/ Kimba M. Wood*
                                  KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE